# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Cause No.: CR11-5566 BHS |
| Plaintiff, ) | |
| vs. ) | ORDER TO WITHDRAW AND SUBSTITUTE COUNSEL |
| TITUS D. PETERSON, ) | |
| Defendant, ) | |

The Court having considered the Motion for Withdrawal and Substitution of Counsel and the accompanying Ex-Parte, Sealed Affidavit of Counsel,

NOW THEREFORE IT IS HEREBY ORDERED that James B. Feldman is permitted to withdraw as defense counsel in this matter and that new defense counsel shall be appointed to represent the defendant from the CJA panel.

Withdrawing Counsel shall notify the CJA panel coordinator immediately of this order.

DONE this 6th day of March, 2012.

_____
BENJAMIN H. SETTLE
United States District Judge

Presented by:

/s/ James B. Feldman
James B. Feldman
Attorney for Defendant

James B. Feldman
Attorney at Law
4947 North Pearl Street
Ruston, WA 98407
253-759-4555
253-759-4560